**Order entered August 4, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01399-CR
No. 05-13-01400-CR

**DAVID EUGENE FIELDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-62384-Q, F12-51531-Q**

## ORDER

The Court **REINSTATES** the appeals.

On July 18, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On July 31, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the July 18, 2014 order requiring findings.

We **GRANT** the July 31, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE